UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| TAMMY LYNN BURTON | ) | Civil Action No. 1:25-cv-2-GNS |
| PLAINTIFF | ) | |
| v. | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) | |
| DEFENDANT | ) | |

## **DEFENDANT STATE FARM'S NOTICE OF REMOVAL**

\*\*\*\*\*

Comes the defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by counsel, and pleads and states as follows:

**I.**

Plaintiff, Tammy Lynn Burton, filed a Complaint in Adair Circuit Court, Kentucky, Case No. 24-CI-00208, on December 9, 2024, naming State Farm as a defendant, which issued one or more automobile insurance policies to Plaintiff during the relevant times.

**II.**

Plaintiff claims that she sustained bodily injuries caused by a motor vehicle accident on or about July 20, 2022 in Adair County, Kentucky when she was struck by another driver, Treva Helm, operating a vehicle that she claims was underinsured, and asserts that she is entitled to underinsured motorist ("UIM") benefits under her automobile insurance policies with State Farm and that State Farm acted in bad faith in not paying the full amount of her UIM coverage, which allegations State Farm denies.

**III.**

This is a civil action, and the amount in controversy at the time of filing, as claimed by Plaintiff, exceeds $75,000. Plaintiff has made a demand for and is requesting the full per person stacked UIM policy limits of $75,000, and requests $250,000 in compensatory damages for State Farm's alleged bad faith.

**IV.**

This action involves a controversy between citizens of different states, and there is complete diversity of citizenship between Plaintiff and Defendant:

(A)   Plaintiff, Tammy Lynn Burton, at the time of the commencement of this action, was a citizen of the Commonwealth of Kentucky. Upon information and belief, at the time of the accident and the filing of the lawsuit, Plaintiff resided in Adair County, KY. Upon information and belief, Plaintiff intends to remain at said residence.

(B)   Defendant State Farm Mutual Automobile Insurance Company is a mutual insurance company incorporated and organized under the laws of the State of Illinois and maintains its principal place of business in the State of Illinois, and therefore is considered a citizen of the State of Illinois pursuant to 28 U.S.C. §1332(c).

**V.**

Based upon the above allegations, this action is one to which the United States District Court is given original jurisdiction under 28 U.S.C. §1332(a)(1).

**VI.**

Based on the above allegations, removal of this action to the United States District Court is proper under 28 U.S.C. §1441.

## VII.

This Notice of Removal is timely filed in this Court within thirty (30) days after service of the Complaint on State Farm. 28 U.S.C. §1446(b)(1).

## VIII.

Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.

## IX.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Adair Circuit Court, as required by law.

## X.

Filed herewith, and by reference made a part hereof, is a true and correct copy of all process, exhibits, pleadings and orders served upon Defendant and filed by Defendant in this action (attached as **Ex. A**).

**WHEREFORE**, this action is properly removed from the Circuit Court of Adair County, Kentucky, to this Court for all further proceedings.

DINSMORE & SHOHL LLP

*/s/ David T. Klapheke*
David T. Klapheke (KBA # 86153)
Antonio R. Fernandez (KBA #98488)
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2300
david.klapheke@dinsmore.com
antonio.fernandez@dinsmore.com
COUNSEL FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. It is further certified that a true copy hereof was emailed to the following:

M. Gail Wilson
HELM SHEARER WILSON
300 Monument Square
PO Box 25
Jamestown, Kentucky 42629
Telephone: (270) 343-3100
Facsimile: (270) 343-2355
COUNSEL FOR THE PLAINTIFF

                                           */s/ David T. Klapheke*
                                           COUNSEL FOR DEFENDANT